# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO. 1:16-CV-321-DSC

| | | |
|---|---|---|
| **ANGELA DALE GREENE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY ADMINISTRATION** | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412" (document # 19) filed July 17, 2017, and the parties' briefs and exhibits.

Defendant contends that any fees awarded should be decreased because Plaintiff "did not provide a prevailing argument." "Defendant's Opposition …" at 1 (document #21).

For the reasons stated in Plaintiff's Motion and brief, and in light of this Court's Order and Judgment remanding this case for further proceedings, the Court concludes that Plaintiff is a prevailing party and that Defendant's position in this litigation was not substantially justified within the meaning of the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A).

Pursuant to the power of this Court to award fees to a prevailing party under the EAJA incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, **IT IS HEREBY ORDERED** that the Plaintiff's "Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412" (document # 19) is

**GRANTED**. Defendant shall pay attorney's fees and costs in the amount of $4,924.85 in full satisfaction of any and all attorney's fees claims Plaintiff may have under the EAJA.

Pursuant to the United States Supreme Court's decision in <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010), attorney's fees are payable to Plaintiff as the prevailing party, and subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt she may owe to the Government.

Defendant shall determine whether Plaintiff owes a debt to the United States within thirty days of this Order. If so, the debt will be satisfied first, and if any funds remain they will be made payable to Plaintiff and mailed to counsel. If the United States Department of the Treasury reports that Plaintiff does not owe a federal debt, the Government shall pay the fees awarded directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 8, 2017

David S. Cayer
United States Magistrate Judge