IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ANGELA D. GREENE,<br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:16-CV-321-DSC |

## **ORDER**

Plaintiff's counsel filed a Motion for attorney's fees under 42 U.S.C. § 406(b) in the amount of $17,321.00. This fee request is in addition to the $4,924.85 in fees already awarded by this Court under the Equal Access to Justice Act (EAJA).

Defendant filed a reply to the Motion noting that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $ 17,321.00. Counsel is ordered to refund to Plaintiff the $4,924.85 previously ordered under the EAJA.

**SO ORDERED**.

Signed: August 20, 2018

David S. Cayer
United States Magistrate Judge